# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

"GENDER DYSPHORIA"
ICON

Mrs. EVE KEYLA My CARRuthers Washington
[You are the PLAINTIFF, print your full name on this line.]

v.   ELKHART County JAIL
     ECCC - Administration

LT. EDWARD (HATE CRIME)
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

3:23-cv-459

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

FILED
MAY 22 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] ELKHART COUNTY JAIL (ECJ) | 26861 CR 26 ELKHART IN. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] ELKHART County Correctional Complex Administration | 26861 CR 26 Elkhart IN. 46517 |
| 3 | LT. EDWARD (HATE Crime) (Neglect of Protection) | 26861 CR 26 Elkhart IN. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? __ELKHART County Jail__ Address: 26861 CR26 Elk. Ind. 46517

3. Did the event you are suing about happen there? ● Yes   ○ No, it happened at: _____

4. On what date did this event occur? __1/31/2019 - K43 - Upper level__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Neglect of Pertection Detainee, Discrimination, Defamed, and HATE Crime. Failure To Intervene, Failure To Treat Gender Dysphoria Equally. Relief of 10 million United States of America Currency for punitive damages, physical damage injury included 3 places of Broken Right Hand pionter finger. LT. Edward failed to Intervene with protecting me a Detainee who has to pertect self during January 30, 2021 Event adding upto my Right hand pionter finger Broken and lacerations inside finger fractured in 3 places. LT. Edwards Neglected these Matters and No Medical attention was a Service. Allow this contract to Re-open a Merit of a Summary claim with Reviewing Records, Surveillance footage on day January 30, 2019. Under penalties For Perjury the foregoing Representation is true and correct.

   My undersigned verifies Summary Services for Relief of 14 million United States of America Currency. n/ss Eyekeyse My Carruthers Washington

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

   On Nov. 2018 through 1/2019
   _____
   _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   10 million United States of America Currency for damage physical finger. Broken in 3 places pionter finger, Right hand. Lt. Edward should Perfect his Detainee from Ripe/Sour/ and Abuse Employee staff.
   _____

[Initial Each Statement]
- *Emlw* I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- *Emlw* I will keep a copy of this complaint for my records.
- *Emlw* I will promptly notify the court of any change of address.
- *Emlw* I WILL NOT send more than one copy of any filing to the court.
- *Emlw* I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- *Emlw* I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 1/30/20 19 at 9 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

"GENDER DYSPHORIA ICON"
Mrs. Ejekey/a My. Carruthers Washington    JCA# 71781
Signature                                   OCA# 122404
                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]