AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*"Gender Dysphoria" Icon Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
  Plaintiff

    v.

          Civil Action No. 3:23-cv-459

ELKHART COUNTY JAIL
*ECJ*

ELKHART COUNTY CORRECTIONAL COMPLEX
*Administration, ECCC*

EDWARD
*Lt. (Hate Crime) (Neglect of Pertections)*
  Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty.

DATE:  6/15/2023          CHANDA J. BERTA, CLERK OF COURT
                          by      s/N. Corle
                          *Signature of Clerk or Deputy Clerk*